**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DIEGO,<br><br>              Petitioner,<br><br>    vs.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>              Respondent. | CASE NO. ED CV 09-00582 CJC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 19, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE