O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO DIEGO, | ) | CASE NO. ED CV 09-00582 CJC (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| DOMINGO URIBE, JR., WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of ANTONIO DIEGO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 19, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE